AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Douglas H. | D.C. Circuit | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (senior) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Professor of Law | George Mason University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 7/16/2014 | George Mason University Law School | $348,803.52 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Law School | 1/7/2014 - 1/7/2014 | West Palm Beach, FL | Teaching | Travel related expenses |
| 2. | George Mason University Law School | 1/15/2014 - 1/17/2014 | West Palm Beach, FL | Teaching | Travel related expenses |
| 3. | American Bar Association | 1/20/2014 - 1/21/2014 | Panama City, Panama | Professional Association | Travel related expenses |
| 4. | George Mason University | 1/23/2014 - 1/23/2014 | Toulouse, France | Teaching | Travel related expenses |
| 5. | University of Toulouse | 1/24/2014 - 1/24/2014 | Toulouse, France | Teaching | Travel related expenses |
| 6. | Fordham University | 1/29/2014 - 1/30/2014 | Bronx, NY | Teaching | Travel realted expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

| | | | | |
|---|---|---|---|---|
| 7. George Mason University Law School LEC | 2/5/2014 - 2/7/2014 | Duck Key, FL | Teaching | Travel related expenses |
| 8. New York University Law School | 2/10/2014 - 2/11/2014 | New York, NY | Teaching | Travel related expenses |
| 9. George Mason University Law School | 3/5/2014 - 3/7/2014 | West Palm Beach, FL | Teaching | Travel related expenses |
| 10. George Mason University Law School | 3/10/2014 - 3/11/2014 | Panama City, Panama | Teaching | Travel related expenses |
| 11. Institute for Law & Economic Policy | 3/30/2014 - 4/02/2014 | Boca Raton, FL | Professional Association | Travel related expenses |
| 12. George Mason University Law School | 4/15/2014 - 4/18/2014 | Naples, FL | Teaching | Travel related expenses |
| 13. Federalist Society /Columbia University | 4/22/2014 - 4/23/2014 | New York, NY | Professional Association | Travel related expenses |
| 14. American Bar Association | 5/21/2014 - 5/23/2014 | Beijing, China | Professional Association | Travel related expenses |
| 15. Federalist Society | 6/4/2014 - 6/6/2014 | Vienna, Austria | Professional Association | Travel related expenses |
| 16. Trans Atlantic Legal Forum | 6/9/2014 - 6/11/2014 | Hamburg, Germany | Professional Association | Travel related expenses |
| 17. George Mason Univeristy Law School | 6/12/2014 - 6/13/2014 | Bucharest, Romania | Teaching | Travel related expenses |
| 18. George Mason University Law School | 6/16/2014 - 6/17/2014 | Moscow, Russia | Professional Association | Travel related expenses |
| 19. George Mason University Law School LEC | 6/18/2014 - 6/20/2014 | St. Petersburg, Russia | Professional Association | Travel related expenses |
| 20. University College London | 6/23/2014 - 6/26/2014 | London, England | Teaching | Travel related expenses |
| 21. George Mason University Law School | 7/10/2014 - 7/10/2014 | San Francisco, CA | Teaching | Travel related expenses |
| 22. George Mason University Law School | 7/21/2014 - 7/21/2014 | San Francisco, CA | Teaching | Travel related expenses |
| 23. George Mason University Law School | 7/25/2014 - 7/25/2014 | Mt. Desert, ME | Teaching | Travel related expenses |
| 24. George Mason University Law School | 8/18/2014 - 8/18/2014 | Mt. Desert, ME | Teaching | Travel related expenses |
| 25. George Mason University Law School | 8/27/2014 - 8/29/2014 | Cancun, Mexico | Teaching | Travel related expenses |
| 26. George Mason University Law School | 9/12/2014 - 9/12/2014 | San Francisco, CA | Professional Association | Travel related expenses |
| 27. George Mason University Law School | 9/15/2014 - 9/15/2014 | San Francisco, CA | Professional Association | Travel related expenses |
| 28. American Bar Association | 10/10/2014 - 10/10 /2014 | Williamsburg, VA | Professional Association | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

| | | | | |
|---|---|---|---|---|
| 29. OECD | 10/13/2014 - 10/17/2014 | Soeul, Korea | Professional Association | Travel related expenses |
| 30. George Mason University Law School | 12/3/2014 - 12/5/2014 | New York City, NY | Teaching | Travel related expenses |
| 31. CRA International | 12/9/2014 - 12/11/2014 | Brussels, Belgium | Professional Association | Travel related expenses |
| 32. George Mason University Law School | 12/29/2014 - 12/30/2014 | Fort Lauderdale, FL | Teaching | Travel related expenses |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF retirement account | | None | O | T | | | | | |
| 2. ALLP | | None | J | T | | | | | |
| 3. SEP IRA acct | | None | J | T | | | | | |
| 4. WDMG | | None | J | T | | | | | |
| 5. WBRXX | | None | O | T | | | | | |
| 6. CVX | C | Dividend | M | T | | | | | |
| 7. ECL | B | Dividend | M | T | | | | | |
| 8. EPD | C | Dividend | L | T | | | | | |
| 9. FAST | C | Dividend | M | T | Sold (part) | 01/17/14 | K | E | |
| 10. | | | | | Donated (part) | | | | |
| 11. | | | | | Donated (part) | | | | |
| 12. IDXX Y | | None | M | T | | | | | |
| 13. PEP | B | Dividend | K | T | | | | | |
| 14. SRCL | | None | M | T | | | | | |
| 15. TSCO | B | Dividend | M | T | Sold (part) | 10/15/14 | L | F | |
| 16. | | | | | | | | | |
| 17. ARG | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MJN | B | Dividend | M | T | | | | | |
| 19. AGN | A | Dividend | L | T | | | | | |
| 20. SYK | B | Dividend | L | T | | | | | |
| 21. HSTM | | None | L | T | | | | | |
| 22. KMX | | None | L | T | | | | | |
| 23. COO | A | Dividend | L | T | | | | | |
| 24. DNKN | B | Dividend | L | T | | | | | |
| 25. NGVC | | None | M | T | Sold | 05/05/14 | L | | |
| 26. HABDX | B | Dividend | | | Sold | 06/23/14 | L | | |
| 27. SMG | C | Dividend | M | T | Buy (add'l) | 11/26/14 | K | | |
| 28. ABT | C | Dividend | M | T | | | | | |
| 29. BMY | C | Dividend | M | T | | | | | |
| 30. SBUX | B | Dividend | M | T | | | | | |
| 31. IDXX | | None | M | T | | | | | |
| 32. SLCA | B | Dividend | L | T | Sold (part) | 05/30/14 | K | E | |
| 33. LULU | | None | | | Sold | 01/17/14 | L | | |
| 34. PINC | | None | L | T | Buy (add'l) | 11/26/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 12/15/14 | L | | |
| 36. Federated Gov't Cash Series: Nations Fin'l G (Now: Wells Fargo Bank) | | None | | | Merged (with line 5) | 02/13/14 | | | |
| 37. CHD | B | Dividend | M | T | | | | | |
| 38. C | A | Dividend | K | T | | | | | |
| 39. RNET | | None | | | Buy | 01/17/14 | M | | |
| 40. | | | | | Sold | 10/15/14 | L | | |
| 41. LKQ | | None | | | Buy | 01/10/14 | M | | |
| 42. | | | | | Sold | 11/25/14 | M | | |
| 43. CBI | A | Dividend | | | Buy | 05/22/14 | M | | |
| 44. | | | | | Sold | 09/04/14 | M | | |
| 45. CVS | A | Dividend | M | T | Buy | 06/20/14 | M | | |
| 46. PRLB | | None | | | Buy | 06/20/14 | M | | |
| 47. | | | | | Sold | 11/25/14 | M | | |
| 48. DXCM | | None | M | T | Buy | 09/09/14 | M | | |
| 49. CTLT | | None | M | T | Buy | 11/26/14 | M | | |
| 50. XOM | E | Dividend | O | T | | | | | |
| 51. MRK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  QSGI Y | | None | J | T | | | | | |
| 53.  RDS A | B | Dividend | K | T | | | | | |
| 54.  CVX | B | Dividend | | | Sold | 10/15/14 | L | | |
| 55.  ARG | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 56.  BMY | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 57.  CHD | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 58.  CVS | A | Dividend | K | T | Buy | 02/19/14 | K | | |
| 59.  DNKN | A | Dividend | | | Buy | 02/18/14 | K | | |
| 60. | | | | | Sold | 08/22/14 | K | | |
| 61.  ECL | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 62.  HCSG | A | Dividend | | | Buy | 02/18/14 | K | | |
| 63. | | | | | Sold | 09/18/14 | K | B | |
| 64.  HSTM | | None | | | Buy | 02/18/14 | K | | |
| 65. | | | | | Sold | 12/15/14 | K | | |
| 66.  SIRO | | None | K | T | Buy | 02/18/14 | K | | |
| 67.  SLCA | A | Dividend | | | Buy | 02/18/14 | K | | |
| 68. | | | | | Sold (part) | 05/30/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/04/14 | K | E | |
| 70. PRLB | | None | K | T | Buy | 06/04/14 | K | | |
| 71. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 72. PINC | | None | K | T | Buy | 06/14/14 | K | | |
| 73. DXCM | | None | K | T | Buy | 08/26/14 | K | | |
| 74. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 75. MO | C | Dividend | L | T | | | | | |
| 76. JNJ | A | Dividend | K | T | | | | | |
| 77. SKT | A | Dividend | | | Sold | 10/15/14 | K | E | |
| 78. PM | D | Dividend | M | T | | | | | |
| 79. GG | A | Dividend | J | T | | | | | |
| 80. CHK | A | Dividend | K | T | | | | | |
| 81. ARG | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 82. CVS | A | Dividend | K | T | Buy | 02/21/14 | J | | |
| 83. DNKN | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 84. DHR | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 85. HCSG | A | Dividend | J | T | Buy | 02/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CMG | | None | J | T | Buy | 02/21/14 | J | | |
| 87. BECN | | None | | | Buy | 03/21/14 | J | | |
| 88. | | | | | Sold | 07/03/14 | J | | |
| 89. BMY | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 90. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 91. CHD | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 92. SIRO | | None | J | T | Buy | 03/21/14 | J | | |
| 93. SYK | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 94. MJN | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 95. PRLB | | None | J | T | Buy | 06/26/14 | J | | |
| 96. SSE | | None | | | Spinoff (from line 80) | 07/01/14 | J | | |
| 97. | | | | | Sold | 10/15/14 | J | | |
| 98. PINC | | None | J | T | Buy | 07/08/14 | J | | |
| 99. DXCM | | None | J | T | Buy | 07/25/14 | J | | |
| 100. SMG | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 101. CTLT | | None | J | T | Buy | 10/15/14 | J | | |
| 102. CERN | | None | K | T | Buy | 12/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KO | A | Dividend | | | Sold | 10/01/14 | K | D | |
| 104. BA | A | Dividend | | | Sold | 10/01/14 | K | E | |
| 105. CSCO | A | Dividend | | | Sold | 10/01/14 | J | C | |
| 106. CDE | | None | | | Sold | 07/10/14 | K | | |
| 107. DVN | A | Dividend | | | Sold | 10/01/14 | K | E | |
| 108. KMP | B | Dividend | | | Buy (add'l) | 02/19/14 | J | | |
| 109. | | | | | Sold (part) | 12/02/14 | J | B | |
| 110. | | | | | Merged (with line 111) | 12/02/14 | K | D | |
| 111. KMI X | | None | K | T | Sold (part) | 12/15/14 | K | | |
| 112. MMP | B | Dividend | K | T | | | | | |
| 113. MSFT | A | Dividend | | | Sold | 10/01/14 | K | D | |
| 114. SIAL | A | Dividend | | | Sold | 10/01/14 | L | E | |
| 115. BP | B | Dividend | K | T | | | | | |
| 116. KO | A | Dividend | K | T | | | | | |
| 117. ESRX | | None | M | T | Sold (part) | 05/01/14 | M | F | |
| 118. MON | A | Dividend | K | T | | | | | |
| 119. SIAL | A | Dividend | L | T | Donated (part) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SLB | B | Dividend | L | T | Buy (add'l) | 10/15/14 | J | | |
| 121. XEL | A | Dividend | | | Sold | 01/23/14 | J | C | |
| 122. TMCO | | None | K | T | Sold (part) | 03/12/14 | J | B | |
| 123. CME Group Bond [ ] | | None | | | Matured | 02/12/14 | K | | |
| 124. GLD | | None | | | Sold | 07/10/14 | K | | |
| 125. AMZN | | None | K | T | Buy (add'l) | 09/09/14 | L | | |
| 126. | | | | | Sold (part) | 12/15/14 | L | | |
| 127. Procter & Gamble SR Note | B | Interest | K | T | | | | | |
| 128. DUK | B | Dividend | K | T | | | | | |
| 129. EMR | B | Dividend | L | T | | | | | |
| 130. ETE | B | Dividend | L | T | | | | | |
| 131. FHCO | A | Dividend | | | Sold | 09/19/14 | J | | |
| 132. NEE | A | Dividend | K | T | Sold (part) | 06/11/14 | J | B | |
| 133. CEQP | A | Dividend | J | T | | | | | |
| 134. MCD | B | Dividend | K | T | Sold (part) | 06/11/14 | J | B | |
| 135. NI | | None | | | Sold | 01/23/14 | K | E | |
| 136. NU | | None | | | Sold | 01/23/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NVS | | None | | | Sold | 01/23/14 | J | C | |
| 138. RGP | B | Dividend | K | T | | | | | |
| 139. FMO | B | Dividend | K | T | | | | | |
| 140. KYN | B | Dividend | K | T | | | | | |
| 141. TYG | B | Dividend | K | T | | | | | |
| 142. ACN | A | Dividend | K | T | | | | | |
| 143. CVX | B | Dividend | L | T | | | | | |
| 144. CBSH | A | Dividend | K | T | | | | | |
| 145. ECL | A | Dividend | | | Sold | 10/15/14 | K | D | |
| 146. ZOLT | | None | | | Sold | 03/03/14 | K | E | |
| 147. EEP | B | Dividend | K | T | | | | | |
| 148. ETP | B | Dividend | K | T | | | | | |
| 149. PAA | A | Dividend | K | T | | | | | |
| 150. OKS | B | Dividend | K | T | | | | | |
| 151. BA | A | Dividend | K | T | | | | | |
| 152. HDPSX | | None | L | T | | | | | |
| 153. Wells Fargo Bank (bank deposit sweep) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CMG | | None | M | T | | | | | |
| 155. DHR | A | Dividend | M | T | | | | | |
| 156. HCSG | B | Dividend | M | T | | | | | |
| 157. PX | A | Dividend | | | Sold | 08/20/14 | L | D | |
| 158. V | B | Dividend | M | T | | | | | |
| 159. KSU | A | Dividend | K | T | | | | | |
| 160. WMB | B | Dividend | K | T | | | | | |
| 161. GBDC | B | Dividend | K | T | | | | | |
| 162. QCOM | A | Dividend | K | T | Buy (add'l) | 10/08/14 | J | | |
| 163. NKE | A | Dividend | L | T | | | | | |
| 164. NMFC | | None | | | Sold | 01/23/14 | K | A | |
| 165. AAPL | A | Dividend | | | Sold (part) | 06/11/14 | J | A | |
| 166. | | | | | Sold | 07/03/14 | K | D | |
| 167. LNCO | C | Dividend | | | Sold | 11/26/14 | K | | |
| 168. CIHIX | B | Dividend | | | Sold | 11/26/14 | K | | |
| 169. AFRYX | B | Dividend | | | Sold | 11/26/14 | K | | |
| 170. AMT | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. CMLP | A | Dividend | J | T | | | | | |
| 172. RIG | A | Dividend | | | Sold | 09/19/14 | J | | |
| 173. AMZN | | None | | | Sold | 10/07/14 | K | | |
| 174. CELG | | None | K | T | Sold (part) | 04/11/14 | J | | |
| 175. TCS | | None | | | Sold | 09/19/14 | J | | |
| 176. CSOD | | None | | | Sold | 09/19/14 | J | | |
| 177. VNQ | B | Dividend | K | T | Buy | 01/13/14 | K | | |
| 178. HTGC | B | Dividend | K | T | Buy | 01/24/14 | K | | |
| 179. TCPC | B | Dividend | K | T | Buy | 01/24/14 | K | | |
| 180. TCAP | | None | | | Buy | 01/24/14 | K | | |
| 181. | | | | | Sold | 11/26/14 | K | | |
| 182. JNBSX | B | Dividend | K | T | Buy | 10/02/14 | K | | |
| 183. DVY | A | Dividend | K | T | Buy | 10/08/14 | K | | |
| 184. SBAC | | None | J | T | Buy | 10/08/14 | J | | |
| 185. VZ | A | Dividend | K | T | Buy | 10/08/14 | K | | |
| 186. GBX | A | Dividend | J | T | Buy | 10/14/14 | J | | |
| 187. COP | A | Dividend | J | T | Buy | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. JMLP | | None | | | Buy | 10/15/14 | J | | |
| 189. | | | | | Sold | 12/04/14 | J | | |
| 190. PSX | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 191. IBM | | None | | | Buy | 10/20/14 | K | | |
| 192. | | | | | Sold | 11/26/14 | K | | |
| 193. GMZ | | None | J | T | Buy | 12/04/14 | J | | |
| 194. HIBB | | None | J | T | Buy | 08/04/14 | J | | |
| 195. ZIVO | | None | J | T | Buy | 08/04/14 | J | | |
| 196. FUTURES OPTIONS | C | | L | T | | | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

#10 & #11 gifted to Francis Leo

#12 IDXX - took out had twice for same account in 2013.

#36 Account was closed and moved to WBRXX

#52 QSGI - Has no value, took out

# 108 KMP - was closed 11/24/14 then received stock for KMI #111 for it on 12/2/14

#119 SIAL - donated part to a Donor Advisory Fund 11/28/14

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544